[No. 67406-4-I.   Division One.   March 4, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. VANESSA C. RODRIGUEZ, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 10-1-09391-1, J. Wesley Saint Clair, J., entered June 21, 2011. *Affirmed* by unpublished opinion per Dwyer, J., concurred in by Appelwick and Verellen, JJ.

[No. 67413-7-I.   Division One.   March 4, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. MARCELIS CHRISTOPHER KING, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 10-1-05564-5, Cheryl B. Carey, J., entered July 8, 2011. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Verellen, J., concurred in by Appelwick and Schindler, JJ.

[No. 67617-2-I.   Division One.   March 4, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. LONNIE RAY CARTER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 09-1-02478-9, Kimberley Prochnau, J., entered July 29, 2011. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Spearman, A.C.J., and Cox, J.

[No. 67647-4-I.   Division One.   March 4, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. TERRY JOE FLETCHER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 09-1-04416-0, Susan J. Craighead, J., entered August 3, 2011. *Affirmed* by unpublished opinion per Lau, J., concurred in by Spearman, A.C.J., and Becker, J.